IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| § | **CRIMINAL NO. 4:18-CR-80-SDJ-KPJ-1** |
| **v.** § | |
| § | |
| **DANIEL BLAKE RODRIGUEZ (1)** § § | |

### MEMORANDUM ADOPTING AMENDED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 28, 2023, the Magistrate Judge entered amended proposed findings of fact and recommendations (Dkt. #55) that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eighteen (18) months on each Count, ordered to run concurrently with each other, but consecutive to any other term of imprisonment, with no term of supervised release to follow.

Having received the Amended Report of the United States Magistrate Judge (Dkt. #55) and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #53), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau

of Prisons to be imprisoned for a term of eighteen (18) months on each Count, ordered to run concurrently with each other, but consecutive to any other term of imprisonment, with no term of supervised release to follow. The Court recommends Defendant be placed at FMC Fort Worth in Fort Worth, Texas, if appropriate.

**So ORDERED and SIGNED this 6th day of February, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE